UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. EDCV 25-3589 WLH (PVC) Date: September 15, 2026

Title Kateryna Gerber v. City of Redlands, et al.

Present: The Honorable Pedro V. Castillo, United States Magistrate Judge

| Marlene Ramirez | None |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**PROCEEDINGS: [IN CHAMBERS] ORDER TO SHOW CAUSE WHY THE MAGISTRATE JUDGE SHOULD NOT RECOMMEND THAT THIS ACTION BE DISMISSED FOR FAILURE TO COMPLY WITH STANDING ORDER AND FAILURE TO PROSECUTE**

On October 1, 2025, Plaintiff Kateryna Gerber, proceeding *pro se*, filed a civil rights complaint. (“Complaint,” Dkt. No. 1-1). On December 30, 2025, Defendants removed the action to this Court. (Dkt. No. 1). On January 6, 2026, Defendants filed an Answer. (Dkt. No. 5). On June 15, 2026, Defendants filed a Request for Court to Issue an Order to Show Cause Re: Dismissal of Case for Plaintiff’s Failure to Comply with the Court’s Standing Order. (Dkt. No. 8). Specifically, Defendants note that the District Judge’s Standing Order for Newly Assigned Civil Cases, which applies to all cases pending before the District Judge (*see https://apps.cacd.uscourts.gov/Jps/honorable-wesley-l-hsu*) requires that if a removed action “contains a form pleading, i.e., a pleading in which boxes are checked, the party or parties that filed the form pleading must file in this Court within thirty (30) days of receipt of the Notice of Removal a revised pleading that complies with Fed. R. Civ. P. 7, 7.1, 8, 9, 10 and 11.” (*Id.* at 2 (quoting Standing Order at 4)).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. EDCV 25-3589 WLH (PVC) Date: September 15, 2026

Title Kateryna Gerber v. City of Redlands, et al.

A portion of the Complaint that Plaintiff filed in state court consists of "a form pleading, i.e., a pleading in which boxes are checked." The deadline has expired and Plaintiff has failed to file an amended complaint as required by the Standing Order; nor has she requested an extension of time in which to do so.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, within **twenty-one (21) days** of the date of this Order, why the Magistrate Judge should not recommend that this action be dismissed with prejudice for failure to comply with the Standing Order and failure to prosecute.

If Plaintiff no longer wishes to pursue her claims, she may request a voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a). **A Notice of Dismissal form is attached for Plaintiff's convenience.** Plaintiff is warned that the failure to timely file a response to this Order will result in a recommendation that this action be dismissed with prejudice for failure to prosecute and obey court orders pursuant to Federal Rule of Civil Procedure 41(b).

The Clerk of the Court is directed to serve a copy of this Order upon Plaintiff at her address of record.

IT IS SO ORDERED.

| | |
|---|---|
| | 00:00 |
| **Initials of Preparer** | hh |